# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

CCP HF and CCP NORTH      )
AMERICA, INC.,            )
                          )
       Plaintiffs,        )
                          )      CIVIL ACTION FILE
v.                        )      NO. 1:08-CV-0490-MHS
                          )
WORLD WRESTLING           )
ENTERTAINMENT, INC.,      )
                          )
       Defendant.         )
_____ )

## DEFENDANT'S MOTION TO DISMISS

Defendant World Wrestling Entertainment, Inc. ("Defendant" or "WWE"), by and through its counsel, hereby moves the Court to dismiss Plaintiffs' Complaint in its entirety pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  A memorandum of law in support of WWE's Motion to Dismiss is attached hereto, and sets forth the grounds on which Defendant WWE bases this Motion.

This 19th day of March, 2008.

                    Respectfully submitted,

**/S/ John L. Taylor, Jr.**
Attorneys for Defendant World Wrestling
Entertainment, Inc.

John L. Taylor, Jr.
Georgia State Bar No. 700400
Otto F. Feil
Georgia State Bar No. 257288
**CHOREY, TAYLOR & FEIL**
The Lenox Building, Suite 1700
3399 Peachtree Road, N.E.
Atlanta, Georgia 30326-1148
Telephone: 404-841-3200

Jerry S. McDevitt
Curtis B. Krasik
**KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP**
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA  15222
Telephone: (412) 355-6500

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| CCP HF and CCP NORTH AMERICA, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO. 1:08-CV-0490-MHS |
| | ) | |
| WORLD WRESTLING ENTERTAINMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, I electronically filed the foregoing **Defendant's Motion to Dismiss** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following attorneys of record:

Steven M. Kushner, Esq. **(skushner@fellab.com)**
Thomas J. Mihill, Esq.   **(tmihill@fellab.com)**
**FELLOWS LaBRIOLA LLP**
Peachtree Center
Suite 2300, South Tower
225 Peachtree Street, N.E.
Atlanta, Georgia 30303
Tel: (404) 586-9200
Fax: (404) 586-9201

Attorneys for Plaintiffs
CCP hf and CCP North America, Inc.

This 19th day of March, 2008.

**/S/ Sanjay Ghosh**
Attorney for
Defendant World Wrestling
Entertainment, Inc.


Sanjay Ghosh
Georgia State Bar No. 141611
**CHOREY, TAYLOR & FEIL, A Professional Corporation**
The Lenox Building, Suite 1700
3399 Peachtree Road, N.E.
Atlanta, Georgia  30326-1148
Telephone:  404-841-3200
Facsimile:   404-841-3221
Email: sghosh@ctflegal.com