UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CCP hf and CCP NORTH AMERICA, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>  Defendant. | CIVIL ACTION FILE<br><br>NO. 1:08-cv-0490-MHS |

## J U D G M E N T

This action having come before the court, Honorable Marvin H. Shoob, United States District Judge, for consideration of Defendant's Motion to Dismiss, and the court having GRANTED said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 30th day of June, 2008.

                                                JAMES N. HATTEN
                                              CLERK OF COURT

                                  By:  s/Shirley J. Kennedy
                                         Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office on June 30, 2008.
James N. Hatten, Clerk of Court

By: s/Shirley J. Kennedy
    Deputy Clerk