IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CCP HF AND CCP NORTH AMERICA, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION ) NO. 08-CV-0490 ) |
| WORLD WRESTLING ENTERTAINMENT, INC., | ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME Plaintiffs CCP hf and CCP North America, Inc. and Defendant World Wrestling Entertainment, Inc., by and through their undersigned counsel of record and in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby stipulate and agree:

(1) that all claims asserted herein by Plaintiffs against the Defendant, shall be and hereby are dismissed with prejudice; and

(2) that each party shall bear its or his own fees, costs, and expenses.

PI-2092381 v1

- 2 -

Respectfully submitted, this 22nd day of April, 2009.

| | |
|---|---|
| s/Steven M. Kushner | s/John L. Taylor, Jr. |
| Steven M. Kushner | John L. Taylor, Jr. (Ga. Bar No. 700400) |
| FELLOWS LABRIOLA LLP | Otto F. Feil (Ga. Bar No. 257288) |
| Peachtree Center | CHOREY, TAYLOR & FEIL |
| Suite 2300, South Tower | The Lenox Building, Suite 1700 |
| 225 Peachtree Street, N.E. | 3399 Peachtree Road, N.E. |
| Atlanta, Georgia 30303 | Atlanta, Georgia 30326 |
| | |
| ATTORNEYS FOR PLAINTIFFS | Jerry S. McDevitt |
| | Curtis B. Krasik |
| | K&L GATES LLP |
| | Henry W. Oliver Building |
| | 535 Smithfield Street |
| | Pittsburgh PA 15222-2312 |
| | |
| | ATTORNEYS FOR DEFENDANT |